UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                        21 MC 102 (AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ISABEL DELEON,                                  07-CV-5284 (AKH)

                              Plaintiff,        **NOTICE OF ADOPTION BY
                                                BLUE MILLENNIUM
                                                REALTY LLC OF ANSWER
            -against-                           TO MASTER COMPLAINT**

80 LAFAYETTE ASSOCIATES LLC, ET AL.,

                                    Defendants.

**PLEASE TAKE NOTICE** that defendant **BLUE MILLENNIUM REALTY LLC**
(hereinafter "Blue Millennium"), as and for its response to the allegations set forth in the
Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the
above-referenced action, herein adopt Blue Millennium's Answer to Master Complaint, dated
August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan
Disaster Site Litigation,* 21 MC 102 (AKH).

**WHEREFORE**, Blue Millennium demands judgment dismissing the above-captioned
action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 11, 2007

                              **HARRIS BEACH PLLC**
                              *Attorneys for Defendant*
                              BLUE MILLENNIUM REALTY LLC


                              _____/s/_____
                              Stanley Goos, Esq. (SG 7062)
                              100 Wall Street, 23rd Floor
                              New York, New York 10005
                              (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

***Liaison Counsel for Plaintiffs***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

***Liaison Counsel for the Defendants***

All Other Defense Counsel

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on September 11, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of Blue Millennium's Adoption of Answer to Master Complaint.

The undersigned further certifies that on September 11, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

***Liaison Counsel for Plaintiffs***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

***Liaison Counsel for the Defendants***

Dated: September 11, 2007

_____/s/_____
Stanley Goos, Esq. (SG 7062)