Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X   21 MC 102 (AKH)

ISABEL DELEON,                                            Index No.: 07-CV-5284

                          Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER**
                                         **TO MASTER COMPLAINT**
   -against-

                                                   **ELECTRONICALLY FILED**
80 LAFAYETTE ASSOCIATES, LLC, *et al.*,

                          Defendant(s).
------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 10, 2007

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendant
                          GRUBB & ELLIS MANAGEMENT SERVICES, INC.

                          By: _____
                          Richard E. Leff (RL-2123)
                          80 Broad Street, 23rd Floor
                          New York, New York 10004
                          (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel